# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. JOAS, M.D.,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>RELIANCE STANDARD LIFE INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　Defendant. | CASE NO. 03CV850 WQH (AJB)<br><br>ORDER SPREADING THE MANDATE AND SETTING BRIEFING SCHEDULE |

HAYES, Judge:

　　On April 29, 2004, this Court entered an Order (Doc. # 34) granting Defendant's motion for summary judgment (Doc. # 22) and denying Plaintiff's motion for summary judgment (Doc. # 16). On May 21, 2004, Plaintiff filed a notice of appeal (Doc. # 36). On December 7, 2006, the Court of Appeals for the Ninth Circuit vacated the judgment of this Court, and remanded the case back to this Court for reconsideration in light of *Abatie v. Alta Health & Life Insurance Co.*, 458 F.3d 955 (9th Cir. 2006)(en banc).

///

///

1   In light of the above, **IT IS ORDERED** that:

2   1.  The mandate is spread.

3   2.  The parties shall appear at a status conference on **Tuesday, January 16, 2007, at 11:00
4   A.M.** to discuss further proceedings before this Court.

5   **IT IS SO ORDERED**.

6   DATED: January 4, 2007

*(signature)*
**WILLIAM Q. HAYES**
United States District Judge