cal kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. JOAS, M.D., | Civil No. 03cv850 WQH(AJB) |
| Plaintiff, | |
| v. | Order Following Settlement Status Conference |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | |
| Defendants. | |

On February 2, 2007, the Court convened a Settlement Status Conference in the above entitled action. Appearing for Plaintiff were David Sharp, Esq. and Tom Hardin. Appearing for Defendants was Kevin McNamara, Esq.

Plaintiff seeks to do some discovery prior to the filing of cross motions of summary judgment in this case. It is unclear, at this juncture, the extent to which motion practice will be associated with discovery. Against this backdrop, the Court and counsel set a schedule for the completion of discovery and the filing of the cross motions. This is without prejudice for modification for good cause shown.

Following the motion filing cut-off, the Court will hold a *telephonic* Case Management Conference to set further dates and deadlines as appropriate.

The following dates have been set:

1.  All fact discovery shall be completed by all parties on or before *May 15, 2007*. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, *so that it may be completed* by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1.a. All discovery motions shall be filed within 30 days of the service of an objection, answer or response which becomes the subject of dispute or the passage of a discovery due date without response or production, and only after counsel have met and conferred and have reached impasse with regard to the particular issue.

2.  All other pretrial motions must be filed on or before *June 15, 2007*. Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.

3.  A *telephonic* Case Management Conference shall be convened in the chambers of Judge Battaglia [(619)557-3446] on **August 15, 2007 at 9:00 a.m.** Plaintiff's counsel shall initiate the conference call.

IT IS SO ORDERED.

DATED:  February 5, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court