cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS A. JOAS, M.D., | ) | Civil No. 03cv850 WQH(AJB) |
| Plaintiff, | ) | ORDER CONTINUING CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive, | ) | |
| Defendants. | ) | |

Due to the pending motions for summary judgment before Judge Hayes, the Court hereby continues the October 15, 2007 Case Management Conference before Judge Battaglia to *December 3, 2007 at 9:00 a.m.*  Counsel for plaintiff remains responsible to initiating the conference call.

IT IS SO ORDERED.


DATED:  October 9, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1