1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. JOAS, M.D.,<br><br>        Plaintiff,<br><br>  vs.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE COMPANY,<br><br>        Defendant. | CASE NO. 03CV850 WQH (AJB)<br><br>ORDER GRANTING JOINT<br>MOTION TO CONTINUE HEARING<br>AND BRIEFING SCHEDULE ON<br>PLAINTIFF'S MOTION FOR<br>ATTORNEYS' FEES AND COSTS<br>AND PRE-JUDGMENT INTEREST |

HAYES, Judge:

   On January 30, 2008, the parties filed a joint motion to continue the hearing date on Plaintiff's motion for attorneys' fees, costs, and pre-judgment interest. (Doc. # 77). Good cause appearing, the joint motion (Doc. # 77) is GRANTED.

   Pursuant to the joint motion of the parties (Doc. # 77), the hearing on plaintiff's motion for Attorney's Fees and Costs and Pre-Judgment Interest is continued to March 3, 2008, at 11:00 a.m. in Courtroom 4. Defendant's opposition papers shall be filed and served on February 15, 2008. Plaintiff's reply papers shall be filed and served on February 25, 2008. No extension of these dates as contemplated in Local Civil Rule 7.1.e.4. is necessary since all attorneys in this matter receive service via the CM/ECF system.

   **IT IS SO ORDERED**.

DATED: January 31, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge