

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Thomas A. Joas, M.D.
        Plaintiff

V.

Reliance Standard Life Insurance Company
        Defendant

AMENDED JUDGMENT IN A CIVIL CASE

CASE NO. 03CV850 WQH (AJB)

Cross-motions for summary judgment were filed by Plaintiff Thomas A. Joas, M.D. and Defendant Reliance Standard Life Insurance Company. On September 24, 2007, this Court heard oral arguments on these motions. Through an order dated December 11, 2007, this Court granted Plaintiff's Motion for Summary Judgment and denied Defendant's Motion for Summary Judgment.

Thereafter Plaintiff Thomas A. Joas, M.D. filed a motion for attorney's fees, costs and a determination of the amount of the prejudgment interest. Through an order dated April 22, 2008, this Court awarded Plaintiff attorney's fees in the amount of $92,330.00, costs in the amount $1,621.37, and prejudgment interest in the amount of $16,138.50.

IT IS HEREBY ORDERED AND ADJUDGED:

      Plaintiff Thomas A. Joas, M.D. shall recover $74,223.45 in past benefits for the period March 2002 through December 2003 plus $92,330.00 for attorney's fees, $1,621.37 for costs, and $16,138.50 for prejudgment interest against Defendant Reliance Standard Life Insurance Company. Hence, Plaintiff Thomas A. Joas, M.D. shall have judgment in his favor and against Reliance Standard Life Insurance Company in the amount of $184,313.32.

DATED: 5/5/08

WILLIAM Q. HAYES
United States District Judge